**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

FLEET CONNECT SOLUTIONS LLC,                §
                                            §
         *Plaintiff,*                       §
                                            §
v.                                          §
                                            §
RYDER SYSTEM, INC., RYDER                   §         Case No. 2:22-cv-00160-JRG-RSP
INTEGRATED LOGISTICS, INC.,                 §
RYDER TRANSPORTATION                        §
SOLUTIONS, LLC, and RYDER TRUCK             §
RENTAL, INC.,                               §
                                            §
         *Defendants*.                      §

**ORDER**

Before the Court is the Stipulation of Dismissal filed by Plaintiff and Defendant. (Dkt. No. 23.) In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims by Plaintiff in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending claims by Defendants in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 26th day of September, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE